# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024
```

February 6, 2024

*Via ECF*
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    First Request to Extend 30-Day Order
            *Jessica De La Rosa v. Tresser Management Corp. and Mexico Lindo Restaurant, Inc.,*
            *Docket No. 23-Civ-03448 (MKV)(JW)*

Dear Judge Vyskocil:

    We represent the plaintiff in the above-entitled case. On behalf of the plaintiff, and with the consent of defendants, we write to respectfully ask the Court for an extension of time to file the stipulation of dismissal from February 9, 2024 (ECF No. 29) to March 11, 2024, or, in the alternative, for the Court to re-open the case. The reason for this request is because the parties need additional time to memorialize their settlement terms in writing.

    By way of background, the parties settled this action on January 5, 2024 and have been working to memorialize their settlement terms in writing. On January 9, 2024 plaintiff circulated a draft settlement agreement reflecting the parties settlement terms. Defendants are still reviewing the settlement documents, and plaintiff currently awaits their comments.

    As a result of the above, plaintiff respectfully requests an extension of time, to March 11, 2024, for the parties to file either a stipulation of dismissal or request that the Court re-open this case.

    Thank you for your time and attention to this matter.

                                                      Respectfully submitted,

                                                      /s/
                                                    Robert G. Hanski, Esq.

**Granted. SO ORDERED.**

Date: 2/7/2024
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge