USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

# PARKER HANSKI LLC

40 Worth Street, Suite 602
New York, New York 10013
Phone: 212.248.7400
Fax:     212.248.5600
Contact@ParkerHanski.com

April 10, 2024

<u>Via ECF</u>
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:   Third Request to Extend 30-Day Order
      <u>Jessica De La Rosa v. Tresser Management Corp. and Mexico Lindo Restaurant, Inc.,
      Docket No. 23-Civ-03448 (MKV)(JW)</u>

Dear Judge Vyskocil:

    We represent the plaintiff in the above-entitled case. On behalf of the plaintiff, and with the consent of defendants, we write to respectfully ask the Court for an extension of time to file the stipulation of dismissal from April 11, 2024 (ECF No. 33) to May 22, 2024, or, in the alternative, for the Court to re-open the case. The reason for this request is because the parties need additional time to satisfy certain conditions precedent to the filing of the stipulation of dismissal.

    By way of background, the parties settled this action on January 5, 2024 and have worked through multiple rounds of comments to memorialize their settlement terms in writing. On March 21, 2024 the parties fully executed the settlement agreement, including the stipulation of dismissal which is currently being held in escrow.

    Pursuant to the terms of the settlement agreement the parties need to satisfy certain conditions prior to the filing of the stipulation of dismissal. The deadline to satisfy the conditions is May 15, 2024. Consequently, an extension of time until May 22, 2024 should provide the parties with sufficient time to both satisfy the conditions precedent and timely file the stipulation of dismissal.

    As a result of the above, plaintiff respectfully requests an extension of time, to May 22, 2024, for the parties to file either a stipulation of dismissal or request that the Court re-open this case.

    Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Robert G. Hanski, Esq.

**Granted. SO ORDERED.**

Date: 4/10/2024
New York, New York

_Mary Kay Vyskocil_
Mary Kay Vyskocil
United States District Judge